1

2

3

4

5             # UNITED STATES DISTRICT COURT

6                 EASTERN DISTRICT OF CALIFORNIA

7

| | |
|---|---|
| 8    JASON HARRIS, | Case No.  1:17-cv-01683-DAD-BAM (PC) |
| 9                   Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO RE-SERVE MARCH 14, 2018 AND MAY 2, 2018 ORDERS ON PLAINTIFF (ECF No. 10) |
| 10         v. | |
| 11   UNITED STATES OF AMERICA, | |
| 12                  Defendant. | ORDER DIRECTING PLAINTIFF TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT |
| 13 | **THIRTY (30) DAY DEADLINE** |
| 14 | |

15         Plaintiff Jason Harris ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma*

16   *pauperis* in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Fed.</u>

17   <u>Bureau of Narcotics</u>, 403 U.S. 388 (1971).

18         On March 14, 2018, the Court granted Plaintiff's motion to proceed *in forma pauperis* and

19   directed Plaintiff to submit a certified copy of his prison trust account statement for the six-month

20   period immediately preceding the filing of the complaint.  The Court also ordered the Warden of

21   FCI McDowell, where Plaintiff was housed, to collect payments from Plaintiff's prison trust

22   account.  (ECF No. 13.)

23         On May 2, 2018, this action was reassigned to the undersigned for all further proceedings.

24   (ECF No. 14.)

25         On May 11, 2018, Plaintiff filed a notice of change of address stating that Plaintiff was

26   transferred to United States Penitentiary – Hazelton.  (ECF No. 15.)  Together with that notice,

27   Plaintiff filed a motion for his account balance to be court ordered from USP Hazelton, due to

28   difficulties he has encountered from staff in obtaining his own copy.  Plaintiff also attaches a

memo from Complex Warden Joe Coakley which states that USP Hazelton was on lockdown from April 3, 2018 to April 24, 2018, during which time inmate access to legal work or resources was restricted.

To the extent Plaintiff seeks an order from the Court directing staff at USP Hazelton to produce a copy of Plaintiff's trust account statement, the Court declines to do so at this time. However, the Court finds it appropriate to grant Plaintiff an extension of time to file his trust account statement in accordance with its March 14, 2018 order.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to re-serve the Court's March 14, 2018 order granting Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 13), and the Court's May 2, 2018 order of reassignment, (ECF No. 14), on Plaintiff at his current address of record; and

2. Plaintiff SHALL submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint within **thirty (30) days** of the date of service of this order.

IT IS SO ORDERED.

Dated:   **May 14, 2018**                    /s/ Barbara A. McAuliffe

                                        UNITED STATES MAGISTRATE JUDGE