UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HARRIS,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | No. 1:17-cv-01683-DAD-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION<br><br>(Doc. Nos. 17, 24) |

  Plaintiff Jason Harris is a federal prisoner proceeding *pro se* and *in forma pauperis* in this action filed pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2401, *et seq.*

  On January 29, 2019, the assigned magistrate judge issued an order granting plaintiff an extension of time to file a certified copy of his trust account statement, as well as findings and recommendations recommending that plaintiff's motion for a preliminary injunction be denied. (Doc. No. 24.) The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen days after service. (Doc. No. 24.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

/////

/////

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on January 29, 2019 (Doc. No. 24) are adopted in full; and
2. Plaintiff's motion for a preliminary injunction (Doc. No. 17) is denied.

IT IS SO ORDERED.

Dated: **February 25, 2019**

UNITED STATES DISTRICT JUDGE